```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 15985
  MICHAEL A PUTWEN
  CHRISTINE M POCHERT PUTWEN                   CHAPTER 13

                                               JUDGE: A. BENJAMIN GOLDGAR
         Debtor
  SSN XXX-XX-3613     SSN XXX-XX-7906

-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 12/05/06 and confirmed on 03/16/07.

    2.  The case was dismissed after confirmation, 02/01/2008.

    3.  The Debtor paid a total of $   7293.36 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NEW CENTURY MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| NEW CENTURY MORTGAGE | MORTGAGE ARRE | .00 | .00 | .00 |
| CITIFINANCIAL AUTO | SECURED VEHIC | 2208.99 | 526.38 | 2208.99 |
| LEXINGTON IN THE PARK CO | SECURED | 3886.94 | .00 | 840.10 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1137.00 | 39.83 | 205.14 |
| CHASE HOME FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| CONDELL ACUTE CARE | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | 399.81 | 14.00 | 72.14 |
| SST FAIRLANE CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| SYSTEMS & SERVICES TECH | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 948.31 | 33.18 | 171.10 |
| ALEXIAN BROTHERS BEHAVIO | UNSECURED | NOT FILED | .00 | .00 |
| ALEXIAN BROTHERS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN FAMILY INSURANC | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| ENCORE RECEIVABLE MGMT | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DOUGLAS WEIDMAN DDS | UNSECURED | 630.80 | 22.05 | 113.82 |
| I C COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| I C COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EVANSTON NORTHWESTERN HE | UNSECURED | NOT FILED | .00 | .00 |
| GRABER & MCCLELLAN ORTHO | UNSECURED | NOT FILED | .00 | .00 |
| GROVE ANIMAL HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| HERBERTO HERNANDEZ MD | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 799.47 | 28.00 | 144.24 |
| NORTHWEST COMMUNITY HOSP | UNSECURED | NOT FILED | .00 | .00 |
| ORCHARD BANK | UNSECURED | NOT FILED | .00 | .00 |

```
SKY HIGH VOLLEY BALL        UNSECURED      NOT FILED              .00          .00
     Summary of disbursements:
-----------------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
-----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  6095.93         .00      3915.39         .00       10011.32
PRINCIPAL PAID      3049.09         .00       706.44         .00        3755.53
INTEREST PAID        526.38         .00       137.06         .00         663.44
TOTAL PAID          3575.47         .00       843.50         .00        4418.97
The Debtor's attorney, DAVID M SIEGEL                  , was allowed $   3000.00
and was paid $    376.00   direct and $   2624.00   through the plan.

The Trustee received $    250.39 .

Refunds to the Debtor totaled $        .00 .
```

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 05/21/08                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE


PAGE  2
CASE NO. 06 B 15985 MICHAEL A PUTWEN & CHRISTINE M POCHERT PUTWEN